AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: 1:06-M-48M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Michael Webster

I certify that I am admitted to practice in this court.

May 17, 2006
Date

Signature

Edward C. Roy, Jr. 3029
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number