**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 06 75 S |
| v. | : | In Violation of 18 U.S.C. § 1341 |
| MICHAEL W. WEBSTER | : | |

**INFORMATION**

The United States Attorney charges:

**COUNT I**

**Introduction**

At all times material to this Information:

1. Defendant MICHAEL W. WEBSTER, resided in West Warwick, Rhode Island.

2. Beginning on or about May 2001, and continuing thereafter until in or about May 2004, in the District of Rhode Island, and elsewhere, the defendant, MICHAEL W. WEBSTER, devised and intended to devise, a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, deposited and caused to be deposited any matter and thing whatever to be to be sent and delivered by any private and commercial interstate carrier for the purpose of executing such scheme and artifice.

## The Object of the Scheme

3. It was the purpose and objective of the scheme to obtain funds from individuals based on false and fraudulent pretenses, representations, and promises concerning the existence of items being auctioned on eBay.

4. In was further part of the scheme that defendant caused approximately 35 victims to wire him least $62,544.08.

## Means and Methods of the Scheme

5. It was further part of the scheme that defendant registered with eBay, an Internet auction site, under multiple User IDs or "screen names" that concealed his true identity from those sites and users of those sites. Those screen names included "mike@ozcreations.org," "s4driver@aol.com" and "mike@warpspeedautosalon.com."

6. It was further part of the scheme that defendant posted on eBay, items and merchandise for sale. Such postings were fraudulent in that defendant neither possessed nor intended to deliver the items and merchandise he was purporting to auction.

7. It was further part of the scheme that after the auctions closed, defendant contacted the winning bidders by e-mail and instructed them to send the amount of their bids plus shipping costs to him at 41 Richard Street, West Warwick, Rhode Island. Defendant falsely and fraudulently represented that he would send the winning bidders the merchandise they had purchased once he had received their payment for the goods.

8. When victims failed to receive their merchandise and requested a refund, ignored their requests and did not refund their money.

## Execution of the Scheme

9. On or about May 30, 2001, in the District of Rhode Island, for the purpose of executing the scheme and artifice to defraud described in paragraphs 3 and 4, MICHAEL W. WEBSTER did knowingly and willfully cause to be deposited three money orders totaling $2,065 made out to Michael Webster, d/b/a MD Solutions, to be sent and delivered by any private or commercial or interstate carrier.

All in violation of 18 U.S.C. § 1341.

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
GERARD B. SULLIVAN
Assistant U.S. Attorney

[signature]
DULCE DONOVAN
Assistant U.S. Attorney

6-28-00
DATE