O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
MICHAEL W. WEBSTER

WAIVER OF INDICTMENT

CR 06 75 S

CASE NUMBER:1:06-MJ-00048-DLM

I, MICHAEL W. WEBSTER, the above named defendant, who is accused of

wire fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-5-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MICHAEL W. WEBSTER [signature]
Defendant

[signature]
Counsel for Defendant

Before David L Martin
Judicial Officer
USMJ