**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. 06-75S |
| v. | : | |
| | : | |
| MICHAEL W. WEBSTER | : | |

**OBJECTION TO DEFENDANT'S MOTION TO**
**EXTEND REPORTING DATE**

______On October 18, 2006, Defendant, through his counsel, filed a motion to extend his reporting date based on the fact that the Bureau of Prisons will be unable to process Defendant's designation for another forty-five days. The Defendant's motion indicates that the United States does not object. However, based on information received after Defendant's counsel contacted counsel for the United States' seeking her concurrence in the motion, presently the United States objects to the motion. In support of the United States' objection, counsel avers the following:

1. The Presentence Report calculated the Defendant's Sentencing Guideline range as 15-21 months. At the time of sentencing, over the United States' objection, the Court sentenced the Defendant to five months incarceration.

2. On October 18, 2006, undersigned counsel received a telephone call from defense counsel asking whether she would object to Defendant's request for an additional forty-five days to report to the Bureau of Prisons based on the fact that the Bureau would be unable to process the Defendant's designation for another forty-five days. Undersigned counsel indicated that she would not object.

3. Within twenty minutes of speaking with Defendant's counsel,

undersigned counsel received a telephone call from the Probation Office concerning, in part, whether the United States would object to a further reduction in the Defendant's five month sentence of incarceration. Undersigned counsel stated that the United States would object to any additional reduction in Defendant's sentence.

4. After speaking with the Probation Office, undersigned counsel conferred with defense counsel, who indicated that prior to seeking her concurrence in the motion he had also spoken with the Probation Department. Undersigned counsel asked Defendant's counsel if he was intending to utilize the additional reporting time in order to seek a reduction in Defendant's sentence. Counsel first stated that he "did not know" and later represented that at the present time he did not intend to seek a reduction in Defendant's sentence.

5. The United States currently objects to Defendant's request for additional time to report and commence serving his sentence. This objection is based on the fact that it appears that, in part, Defendant may utilize the additional time prior to his reporting date to seek a further reduction in his sentence. There is no basis upon which the Defendant could properly seek a further reduction in his already-well-below the Guideline range sentence and any such motion would be frivolous. Furthermore, there is no basis upon which to seek to delay his reporting time because although Defendant will not be immediately designated to a particular Bureau of Prisons facility, no prejudice will result to him. Defendant will receive credit for the time he serves while at the Wyatt Detention Center and remain close to his family for a greater portion of his sentence than he would if he reports only after the Bureau has designated him to a particular out-of-state prison facility.

Based on the foregoing, the United States objects to Defendant's motion to extend his reporting time.

ROBERT CLARK CORRENTE
United States Attorney

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 - Phone
(401)709-5001 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2006, I caused the United States Objection to Defendant's Motion to Extend Reporting Date to be filed electronically and it is available for viewing and downloading from the ECF system.

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney