UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR. NO. 06-75S

MICHAEL WEBSTER :

DEFENDANT'S MOTION TO ENLARGE TIME
FOR REPORTING TO BUREAU OF PRISONS

NOW comes the defendant, Michael Webster, and moves to enlarge the time for his reporting to the Bureau of Prisons from October 23, 2006 to through and including December 30, 2006 on the grounds that the Bureau of Prisons will not process the defendant's designation for at least another forty-five (45) days. The government, per AUSA Dulce Donovan, does not object to this request. The defendant understands that he will be subject to the existing reporting requirements with the Pre-Trial Services Unit of the Office of Probation.

MICHAEL WEBSTER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

Defendant has received a designation from BOP, therefore, Motion is Denied

WEM
USDJ
10/19/06

CERTIFICATION

I hereby certify that I served via ECF filing a copy of the within to Dulce Donovan, AUSA and hand-delivered a copy to Kristin Mattias, USPO on the 18th day of October, 2006.

/s/ Edward C. Roy, Esquire